40838. BEAVERS v. JUDGES OF FULTON SUPERIOR COURT et al.

EBERHARDT, Judge. This court is without jurisdiction to issue a mandamus nisi seeking to require the judge of a trial court or the members of the State Board of Pardons and Paroles

"to answer, or demur, as the case may be" to a petition or motion brought by petitioner to remove a detainer placed against him by the State Board of Pardons and Paroles with the authorities presently holding him. *Belt v. Usher,* 105 Ga. App. 294 (124 SE2d 453).

*Application for mandamus nisi denied for lack of jurisdiction. Bell, P. J., and Jordan, J., concur.*

DECIDED JUNE 18, 1964.

Charles T. Beavers, *pro se.*